IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00955-WYD-BNB

TOMASITA GALLARDO,

     Petitioner,

v.

UNTIED STATES OF AMERICA,
IMMIGRATION AND CUSTOMS ENFORCEMENT, and
DOUG MAUER, Acting Director.

     Respondents.

## ORDER

THIS MATTER is before the Court on the Temporary Restraining Order, filed by Petitioner on May 9, 2007 (docket #3). Therein, Petitioner seeks to restrain the Immigration and Customs Enforcement from further incarcerating her for the reasons set forth in her Petition for Writ of Habeas Corpus, also filed on May 9, 2007. The request for TRO does not comply with the requirements of Fed. R. Civ. P. 65 and, therefore, the Temporary Restraining Order (docket #3) is hereby **STRICKEN**.

Dated: May 21, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge