IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-00955-WYD-BNB

TOMASITA GALLARDO; A91-576-328,

    Petitioner/Plaintiff

vs.

UNITED STATES OF AMERICA, and
IMMIGRATION CUSTOM ENFORCEMENT
and specifically, Doug Mauer, Acting Director

    Respondent/Defendant

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Petitioner's Motion to Withdraw Writ of Habeas Corpus and Temporary Restraining Order, filed May 24, 2007 (docket #9), and the Motion to Dismiss Writ of Habeas Corpus and Temporary Restraining Order, filed May 25, 2007 (docket #11).  According to the motions, Petitioner wishes to voluntarily dismiss her case.  Respondents have not yet filed an answer in this case.  Therefore, upon consideration of the motions and file in this matter, I find that this case should be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1).

    Dated:  May 29, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge